# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EFSTRATIOS HADJIKONSTANTINOU,

    Plaintiff,                                CASE NO.

v.

OMNI CREDIT SERVICES OF FLORIDA, INC.,

    Defendant.
_____/

## COMPLAINT

    COMES NOW the Plaintiff, EFSTRATIOS HADJIKONSTANTINOU ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, OMNI CREDIT SERVICES OF FLORIDA, INC. ("Defendant"), alleges and affirmatively states as follows:

## INTRODUCTION

    1.     Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

    2.     Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

    3.     Because Defendant conducts business and is located in the state of Florida, personal jurisdiction is established.

    4.     Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

    5.     Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person who resides in Bloomfield, Essex County, New Jersey.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in Tampa, Hillsborough County, Florida.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Plaintiff's account number with Defendant, regarding alleged debt, is 1566750.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

13. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   a) Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient.

b.) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

c.) Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

14. Declaratory judgment that Defendant's conduct violated the Federal Act, FDCPA.

15. Actual damages.

16. Statutory damages of $1000.00 pursuant to the Federal Act, 15 U.S.C. 1692k.

17. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

18. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: /s/ Matthew Kiverts
Matthew Kiverts
Krohn & Moss, Ltd
120 W Madison St, 10th Floor
Chicago, IL 60602
Phone: (312) 578-9428 ext. 203
Fax:    (866) 431-5576
Attorney for Plaintiff
FBN: 0013143

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, EFSTRATIOS HADJIKONSTANTINOU, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF FLORIDA)

Plaintiff, EFSTRATIOS HADJIKONSTANTINOU, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, EFSTRATIOS HADJIKONSTANTINOU, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 1/1/2010

_____
EFSTRATIOS HADJIKONSTANTINOU,
Plaintiff