## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

EFSTRATIOS HADJIKONSTANTINOU,

      Plaintiff,                      CASE NO.  8:10-CV-00141

v.

OMNI CREDIT SERVICES OF FLORIDA, INC.,

      Defendant.

_____/

### NOTICE OF SETTLEMENT

      NOW COMES the Plaintiff, EFSTRATIOS HADJIKONSTANTINOU, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

      Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                     Respectfully Submitted,


DATED:  May 13, 2010            KROHN & MOSS, LTD.

                    By: /s/ James Pacitti_____
                        James Pacitti
                        Krohn & Moss, Ltd.
                        10474 Santa Monica Blvd. Suite 401
                        Los Angeles, CA 90025
                        Ph: (323) 988-2400 ext. 230
                        Attorneys for Plaintiff
                        FBN: 119768