UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EFSTRATIOS HADJIKONSTANTINOU,

        Plaintiff,

v.                                               CASE NO: 8:10-CV-141-T-27EAJ

OMNI CREDIT SERVICES OF FLORIDA,
INC.,

        Defendant.
_____/

## ORDER

The Court has been advised that the parties have settled this action (Dkt. 11). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED** that this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 13th day of May, 2010.

                                                              JAMES D. WHITTEMORE
                                                             United States District Judge

Copies to:
Counsel of Record